**No. 43216.**—Protest 961150–G of Kaufmann Dept. Stores, Inc. (Pittsburgh).

Opinion by TILSON, J. The record showed that certain items consist of forks and spoons composed in chief value of pressed glass, unpolished. The claim at 50 percent under paragraph 218 (g) was therefore sustained.

**No. 43217.**—Protests 963460–G, etc., of G. A. Westphal Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of animal figures in chief value of fur similar to those involved in Abstracts 30980 and 41823. The claim at 50 percent under paragraph 1519 was therefore sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 9, 1940

**No. 43218.**—Protests 984301–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, FEBRUARY 13, 1940

**No. 43219.**—Protest 989213–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of novelties in chief value of fur similar to those the subject of Abstract 41823. The claim at 50 percent under paragraph 1519 (e) was therefore sustained.

**No. 43220.**—Protest 981493–G of International Novelty Import Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of squawker balloons similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 43221.**—Protest 979931–G of F. W. Woolworth Co. (Baltimore).

Opinion by TILSON, J. · The record showed that certain items consist of harmonicas similar to those involved in Abstract 40586. The claim at 40 percent under paragraph 1541 was therefore sustained.